

NOV 1 2 2015

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:15CR 198 |
| § | Judge Mazzant |
| MIGUEL TLAXCALA-SANCHEZ (1) § | |
| FRANCISCO ORTIZ-RODRIGUEZ (2) § | |
| ROGELIO RAMOS-ALVARADO (3) § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Cocaine)

That from sometime in or about January 2015, and continuously thereafter up to and including November 12, 2015, in the Eastern District of Texas and elsewhere,

**Miguel Tlaxcala-Sanchez**
**Francisco Ortiz-Rodriguez**
**Rogelio Ramos-Alvarado**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

11-12-15
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:15CR |
| | § | Judge |
| MIGUEL TLAXCALA-SANCHEZ (1) | § | |
| FRANCISCO ORTIZ-RODRIGUEZ (2) | § | |
| ROGELIO RAMOS-ALVARADO (3) | § | |

### Count One

<u>Violation</u>:   21 U.S.C. § 846

<u>Penalty</u>:   If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine – not less than 10 years and not more than life imprisonment, a fine not to exceed $4 million, or both; supervised release of at least five years

<u>Special Assessment</u>: $100.00