**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § Case Number 4:15CR198 |
| | § |
| MIGUEL TLAXCALA-SANCHEZ (1) | § |
| FRANCISCO ORTIZ-RODRIGUEZ (2) | § |
| ROGELIO RAMOS-ALVARADO (3) | § |

## ORDER

Defendant Tlaxcala-Sanchez's Motion to Continue (Dkt. #29) is granted. The Court, having considered the factors set forth in 18 U.S.C.§ 3161, finds as follows:

1.  Defendant's request is made knowingly, intelligently, and voluntarily.

2.  The Government has no objection to a continuance.

3.  The ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendants in a speedy trial.

4.  This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5.  The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's motion is GRANTED, and this case is RESET for Pretrial Conference and Trial Scheduling **AS TO ALL DEFENDANTS BEFORE THE COURT** on March 7, 2016, at 10:00 a.m.

**SIGNED this 23rd day of December, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE