IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:15CR198 |
| | § | Judge Mazzant |
| FRANCISCO ORTIZ-RODRIGUEZ (2) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Francisco Ortiz-Rodriguez**, and the government have entered into a plea in relation to the charges now pending before this Court.

                                                    Respectfully submitted,

                                                    JOHN M. BALES
                                                    United States Attorney

                                                    ___/s/_____
                                                    ERNEST GONZALEZ
                                                    Assistant United States Attorney
                                                    Texas Bar No. 00789318
                                                    101 E. Park Blvd., Suite 500
                                                    Plano, Texas 75074
                                                    (972) 509-1201
                                                    (972) 509-1209 (fax)
                                                    Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on February 25, 2016.

                                                    ___/s/_____
                                                   ERNEST GONZALEZ